IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SIMON CARMONA-
RODRIGUEZ ,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-4035

PA CONTRACTORS/USIS and,
ANGELA DRYWALL,
LLC/FLORIDA CITRUS,
BUSINESS & INDUSTRIES
FUND, and BUILDER'S
INSURANCE COMPANY

 Appellees.

_____/

Opinion filed July 12, 2017.

An appeal from an order of Judge of Compensation Claims.
Diane B. Beck, Judge.

Date of Accident: September 18, 2015.

Patrick J. McGinley of the Law Office of Patrick John McGinley, P.A., Winter Park, and Robert J. Rivera of William McBride Law Group, Orlando, for Appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for Appellee PA Contractors and Florida Citrus Business Industry; Laralee M. Garvin and David K. Beach of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, for Appellee Angela Drywall, LLC., and Builders Insurance, for Appellees.


PER CURIAM.

 AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.